IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACEY REAVIS, | No. 4:20-CV-0895 |
| Plaintiff, | (Judge Brann) |
| v. | |
| LARISSA MARTIN, *et al.*, | |
| Defendants. | |

# ORDER

**OCTOBER 30, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's third amended complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith.  28 U.S.C. § 1915(a)(3).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge